IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBIN GATTIS, | ) |
| Defendant. | ) Case No. 3:12-cr-00074-RRB-1 |

**DECLARATION OF REX LAMONT BUTLER**

This document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

STATE OF ALASKA )
 )
THIRD JUDICIAL DISTRICT )

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and declares as follows:

1. that I am the attorney of record for the Defendant in this case, ROBIN GATTIS;

2. that I am filing this motion in good faith and not for the purposes of delay;

3. that I met with both AUSA James Barkeley and AUSA Tom Bradley on January 2, 2013, and they also believe this case is complex;

USA v Robin Gattis 3:12-cr-00074-RRB-1

Case 3:12-cr-00074-RRB-DMS   Document 116   Filed 01/04/13   Page 1 of 2

4.   that the discovery will be extensive and similar to that of a white collar case;

    5.   that there is motion practice regarding the death and the make-up of the drug, as well as the merging DEA procedure for declaring it a controlled substance;

    6.   that the government non-opposes this request, and
         Further your Declarant sayeth naught.


   DATED at Anchorage, Alaska, on this 4th day of January, 2013.

/s/ Rex Lamont Butler
745 W. 4th Avenue, Ste., 300
Anchorage, Alaska, 99501.
(907) 272-1497
(907) 276-3306
rexbutlercalendar@gmail.com
ABN: 8310105

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

          USA v Robin Gattis 3:12-cr-00074-RRB-1