KAREN L. LOEFFLER
United States Attorney

THOMAS C. BRADLEY
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: thomas.bradley@usdoj.gov
      jim.barkeley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBIN GATTIS,<br>et al.,<br>    Defendants. | No. 3:12-cr-00074-RRB-DMS<br><br>**GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESSES** |

In compliance with the Court's ORDER REGARDING DISCOVERY

PLAN and PRETRIAL MOTION SCHEDULE, Docket 134, and Fed. R. Evid.

702, 703 and 705, the United States hereby identifies additional experts who may

testify at trial:

ADRIAN HAYS
Department of Homeland Security
U.S. Customs and Border Protection
San Francisco Laboratory
    Analysis of 135 gram package intercepted in Chicago (Counts 1, 7).

THOMAS K. SCHOCH, Ph.D.
Department of Homeland Security
U.S. Customs and Border Protection
San Francisco Laboratory
    Confirmation of 135 gram package intercepted in Chicago (Counts 1, 7).


    RESPECTFULLY SUBMITTED this 22nd day of March, 2013 at

Anchorage, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/ Thomas C. Bradley
    THOMAS C. BRADLEY
    Assistant U.S. Attorney
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that on March 22, 2013 a true and correct copy
of the foregoing was served electronically on the following:

Rex L. Butler

s/ Thomas C. Bradley
Office of the U.S. Attorney